# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,<br><br>                Plaintiff,<br><br>  v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>                Defendants. | C17-257 TSZ<br><br>MINUTE ORDER |
| KINGSGATE RIDGE MANOR ASSOCIATION OF APARTMENT OWNERS,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, et al.,<br><br>                Defendants. | C17-427 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulations, docket no. 15 in C17-257 and docket no. 12 in C17-427, the above-captioned cases are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C17-257 TSZ. The Clerk is DIRECTED to CLOSE Case No. C17-427 TSZ.

(2) The trial date and related dates pretrial deadlines set in Case No. C17-257 TSZ shall control.

MINUTE ORDER - 1

(3) The motion to consolidate, docket no. 13 in C17-257, filed by defendants Fireman's Fund Insurance Company, American Insurance Company, and Allianz Risks US Insurance Company, is STRICKEN as moot.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2